Lawrence C. Locker, WSBA #15819
Jessica L. Goldman, WSBA #21856
Molly A. Terwilliger, WSBA #28449
Denise Ashbaugh, WSBA #28512
SUMMIT LAW GROUP PLLC
315 Fifth Avenue S, Suite 1000
Seattle, Washington 98104-2682
Telephone: (206) 676-7000
Facsimile: (206) 676-7001

*Attorneys for Plaintiff*

The Honorable Edward F. Shea

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

TOFIGH TAHVILI,

Plaintiff,

v.

AVIVA LIFE AND ANNUITY COMPANY,

Defendant.

CASE NO. C12-05162-EFS

**STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY AND RETURN OF DOCUMENTS**

The parties hereto stipulate and agree to the following terms regarding the production of documents by Plaintiff Tofigh Tahvili ("Tahvili") and Defendant Aviva Life and Annuity Company ("Aviva") (together, "the Parties") in this case:

1. This Stipulated Protective Order (the "Protective Order") shall be applicable to all discovery furnished by the Parties in the above-captioned action (the "Action").



SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

2. Pursuant to this Protective Order, the Parties may designate any document as "Confidential" under this Stipulation if a Party or its counsel in good faith believe that the designated restriction is appropriate under Federal Rule of Civil Procedure 26(c) because the document contains or reflects (1) financial information or data or other personally identifiable information about Aviva's producers or customers; or (2) financial information or other personally identifiable information about Tahvili.

3. Any documents to be designated as "Confidential" may be so designated by stamping the documents with the legend "Confidential" prior to their production, and by an accompanying written directive clearly describing the documents to be treated as "Confidential." Stamping such a legend on the cover of any multi-page document shall so designate all pages of such document, unless otherwise indicated bythe designating Party. The Parties may designate any portion of any deposition transcript as "Confidential" by serving line-by-line designations on all parties indicating the information that is to be afforded "Confidential" treatment. The term "document" as used throughout this Stipulation includes any deposition transcript.

4. The production by the Parties of any "Confidential" documents or information during discovery in the Action without a "Confidential" designation shall be without prejudice to any claim that such material should be treated as



SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

"Confidential" and the designating Party shall not be held to have waived any rights by such production or disclosure. In the event that such production occurs, counsel for the designating Party may redesignate the appropriate level of confidentiality which shall thereafter apply to such documents subject to the terms of this Stipulation and Order.

5. In the event that any party objects to the designation of any documents as "Confidential," that party may serve written notice on all parties specifying which documents are improperly designated. During the fourteen (14) day period following service of such a notice, the parties shall confer in an effort to resolve the objection(s). If the dispute is not resolved, the objecting party may thereafter file an appropriate motion to resolve whether the documents should be treated as "Confidential." The specified documents shall continue to be treated as originally designated pending resolution of the dispute by the Court.

6. Documents designated as "Confidential" (and any information contained therein or derived therefrom) may be disclosed or made available by the receiving party only to the following:

a. The Court (including the Court's administrative and clerical staff), provided that they are filed under seal;

b. Attorneys of record in the Action, as well as the paralegals, clerical, and secretarial staff employed by such attorneys;



SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

c. The parties as well as those officers, directors, in-house attorneys, or employees of the parties who are actively involved in the Action or who are otherwise necessary to aid counsel in the Action;

d. Court reporters transcribing depositions in the Action;

e. Any deposition, trial, or hearing witness in the Action who previously has had access to the specified documents or who has otherwise acted as an agent, employee, consultant, or advisor to the party that produced the documents, materials, or information;

f. "Expert Witnesses and Consultants," which shall be defined to mean a person who has been retained by one of the parties in good faith to serve as an expert witness or consultant (whether or not retained to testify at trial) in connection with this Action, including any persons working directly under the supervision of any such Expert Witnesses or Consultants, provided that prior to the disclosure of documents designated as "Confidential" to any Expert Witnesses or Consultants, the party making the disclosure shall deliver a copy of this Stipulation to such person, shall explain its terms to such person, and shall secure the signature of such person on the form attached hereto as Exhibit A;

g. Persons or entities serving subpoenas, including governmental law enforcement agencies and other governmental bodies, provided that the subpoenaed party gives counsel for the designating party written notice of such subpoena within five (5) business days after service of the subpoena but not less than five (5) business days prior to the production of documents in response thereto;

h. To the extent not otherwise permitted by paragraph 6(e) above, any deposition, trial, or hearing witness in the Action who executes the form attached hereto as Exhibit A; and



SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

i. Any other persons to whom the parties all agree in writing and who executes the form attached hereto as Exhibit A.

7. Documents designated as "Confidential," and information contained therein or derived therefrom, shall not be disclosed to any person except in accordance with this Stipulation and Order, and shall be used by the persons receiving them only for the purposes of preparing for, conducting, and/or participating in the conduct of the Action, and not for any business, personal, or other purpose whatsoever.

8. Upon a final judgment or settlement of the Action, and after the time for any and all appeals has expired (the "Trigger Date"), the parties, their counsel, their expert witnesses and/or consultants, and all parties who have signed Exhibit A and have been given documents produced in the litigation, shall no later than sixty days after the Trigger Date return to the designating Party's counsel all "Confidential" documents produced by the Parties in the litigation, and all copies thereof, or produce a sworn statement, under penalty of perjury, that such documents and all copies thereof have been destroyed. At the same time, counsel shall exchange copies of each statement in the forms attached hereto as Exhibit B that were signed pursuant to paragraph 5 of this Stipulation.



SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

9. This Stipulation and Order may be amended or modified only by the Court or by a written agreement of the parties hereto.

**APPROVED AS TO FORM AND CONTENT:**

**ATTORNEYS FOR PLAINTIFF**
SUMMIT LAW GROUP PLLC

s/ Lawrence C. Locker
Lawrence C. Locker, WSBA #15819

s/ Jessica L. Goldman
Jessica L. Goldman, WSBA #21856

s/ Molly A. Terwilliger
Molly A. Terwilliger, WSBA #28449

s/ Denise L. Ashbaugh
Denise L. Ashbaugh, WSBA #28512
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Telephone: (206) 676-7000
Facsimile: (206) 676-7001
larryl@summitlaw.com
jessicag@summitlaw.com
mollyt@summitlaw.com
denisea@summitlaw.com

**ATTORNEYS FOR DEFENDANT**
HALVERSON | NORTHWEST LAW GROUP P.C.

s/ J. Jay Carroll
J. Jay Carroll, WSBA No. 17424

s/ James S. Elliott
James S. Elliott, WSBA No. 28420

405 East Lincoln Avenue
P.O. Box 22550
Yakima, WA 98907
Telephone" (509) 248-6030
Facsimile: (509) 453-6880
Email: jcarroll@halversonNW.com
Email: jelliott@halversonNW.com

John T. Clendenin
Jess W. Vilsack
*Pro Hac Vice*
NYEMASTER GOOD, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-3138
Facsimile: (515) 283-8045

SO ORDERED this **12th** day of ~~February~~ **March**, 2013.

**s/ Edward F. Shea**

THE HONORABLE EDWARD F. SHEA
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

1. I, ______________________________________________, residing at ______________________________________________, have read the foregoing Stipulated Protective Order Regarding Confidentiality and Return of Documents (the "Stipulation") in the action captioned *Tahvili v. Aviva Life & Anuity Co.*, CV-12-05162-EFS. I agree to be bound by its terms with respect to any documents designated as "Confidential" thereunder that are furnished to me as set forth in the Order. I further agree to return or destroy any documents produced by the opposing party according to the terms of paragraph 8 thereof.

2. I hereby consent to the jurisdiction of the Court in which the case is pending with respect to any proceedings to enforce the terms of the Stipulation against me.

3. I hereby agree that any documents designated as "Confidential" that are furnished to me will be used by me only for the purposes of the Action, and for no other purpose, and will not be used by me in any business affairs of my employer or of my own; nor will the information contained therein be imparted by me to any other person. At the conclusion of this Action, I agree to return any "Confidential" documents in my possession, including any copies thereof, and agree to certify that I have done so. See Exhibit B.

______________________ ______________________________

Date Signature



SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**EXHIBIT B**

1. I, ______________________________, residing at ______________________________, hereby certify under penalty of perjury that I have returned all Confidential documents, and all copies thereof, in my possession.

______________________ ______________________________

Date Signature



SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001