UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOFIGH TAHVILI, <br><br> Plaintiff, <br><br> v. <br><br> AVIVA LIFE AND ANNUITY COMPANY, an Iowa corporation, <br><br> Defendant. | No.  CV-12-5162-EFS <br><br> **ORDER DISMISSING CASE** |

On September 13, 2013, the parties filed a stipulated dismissal, ECF No. 30.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Order of Dismissal with Prejudice, **ECF No. 30**, is **GRANTED.**
2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.
3. All pending motions are **DENIED AS MOOT.**
4. All hearings and other deadlines are **STRICKEN.**
5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   16th   day of September 2013.

                              s/ Edward F. Shea
                              EDWARD F. SHEA
                    Senior United States District Judge

Q:\EFS\Civil\2012\5162.stip.dism.lc1.docx

ORDER DISMISSING CASE - 1